**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-6218**

TAHRIM SUPREME C. JIHAD, a/k/a Vincent Edward
Little,

                                    Plaintiff - Appellant,

        versus

UNION CITY POLICE; SAM WHITE, Lieutenant,

                                    Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Cameron McGowan Currie, District
Judge.  (CA-96-2968-2-22AJ)

Submitted:  July 24, 1997          Decided:  August 6, 1997

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Tahrim Supreme C. Jihad, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant, a South Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915(e) (West Supp. 1997). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. <u>Jihad v. Union City Police Dep't</u>, No. CA-96-2968-2-22AJ (D.S.C. Jan. 27, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>